**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                                  Case No.  8:04-cr-438-T-30TBM

**JUAN HURTADO-JARAMILLO**
_____

## ORDER

This cause came on for consideration upon Defendant's Motion for Return of Personal Property (Dkt. #223) filed on June 7, 2005.  An Order (Dkt. #229) was entered on June 14, 2005, directing the Government to respond to Defendant's Motion within thirty (30) days.  No response has been filed.  It is therefore

ORDERED AND ADJUDGED that the Government shall file a response to said Motion within eleven (11) days of the date of this Order.

**DONE** and **ORDERED** in Tampa, Florida on September 29, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cr-438.return property.frm